Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 17−30918−KCF
                        Chapter: 7
                        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Josephine Ann Cobo
   5 Admirals Row
   Freehold, NJ 07728

Social Security No.:
   xxx−xx−8993

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/1/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 2, 2017
JAN: ckk

                                                      Jeanne Naughton
                                                      Clerk

```
                              United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                    Case No. 17-30918-KCF
Josephine Ann Cobo                                                        Chapter 7
        Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin              Page 1 of 1            Date Rcvd: Nov 02, 2017
                               Form ID: 148             Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2017.
db             +Josephine Ann Cobo,    5 Admirals Row,    Freehold, NJ 07728-3719
517123468       Affinity Credit Union,    1365 NJ 35,   Middletown NJ 07748
517123478       Bank of America/North Star,    NorthStar location Services,LLC,    Attn: Finacial Services Dept.,
                 Cheektowaga NY 14225-1943
517123434      +Citibank NA,    PO Box 390905,   minneapolis MN 55439-0905
517123435      +Elbaum Krost & Elbaum,    688 Brewers Bridge Road,    Jackson NJ 08527-2017
517123466       Macy's,    PO Box 78008,   Phoenix AR 85062-8008
517123477      +Nicholas Khoudary,    700 Route 18,    East Brunswick, NJ 08816-3709
517123470      +Northland Group,    PO Box 390905,   Miinneapolis MN 55439-0905
517123476      +Phelan Hallinan Diamond & Jones,Pc,    400 Fellowship Road, Suite 100,
                 Mt. Laurel, NJ 08054-3437
517123467       The Children's Place,    PO Box 9001006,    Louisville KY 40290-1006
517123469      +Velocity,    PO Box 788,   Wall NJ 07719-0788
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QDESTRAFFI.COM Nov 02 2017 22:18:00      Daniel E Straffi,    Straffi & Straffi, LLC,
                 670 Common Way,    Toms River, NJ 08755-6431
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 02 2017 22:42:03       U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 02 2017 22:42:02       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517123465      +E-mail/Text: mpieslak@trafgroup.org Nov 02 2017 22:42:36       A-1 Collection Service,
                 101 Groves Mill Road,    Suite 303,    Lawrenceville NJ 08648-4706
517123436       EDI: RMSC.COM Nov 02 2017 22:18:00      JC Penney/Synchrony,    PO Box 960090,
                 Orlando FL 32896-0090
517123433      +Fax: 407-737-5634 Nov 02 2017 23:15:43      Ocwen Loan,    1661 Worthington Rd,
                 West Palm Beach FL 33409-6493
                                                                                              TOTAL: 6

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 04, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2017 at the address(es) listed below:
              Daniel E Straffi    dstraffi1@comcast.net, dstraffi@ecf.epiqsystems.com
              Rebecca Ann Solarz   on behalf of Creditor   BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 3
```